UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
AUG 12 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

LISA ANN VANHART,

    Plaintiff,

v.    ACTION NO. 2:12cv393

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

## FINAL ORDER

Plaintiff, Lisa Ann Vanhart, brought this action under 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), seeking judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's applications for disability insurance benefits and Supplemental Security Income pursuant to sections 205(g) and 1631(c)(3) of the Social Security Act.

This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Report and Recommendation of the Magistrate Judge was filed on June 19, 2013, recommending that the Plaintiff's motion for summary judgment be granted, the Defendant's

motion for summary judgment be denied, and that the final decision of the Commissioner be REVERSED and REMANDED for further proceedings consistent with the Report.

By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the Magistrate Judge's Report and Recommendation.

Following a de novo review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the findings and recommendations set forth in the report of the United States Magistrate Judge filed on June 19, 2013. The Plaintiff's motion for summary judgment (ECF No. 13) is GRANTED, the Defendant's motion for summary judgment (ECF No. 15) is DENIED, and the final decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with this Report.

The parties are ADVISED that they may appeal from this Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Said written notice must be received by the Clerk within sixty (60) days from the date of this Final Order.

The Clerk shall forward a copy of this Final Order to counsel of record.

                                                              /s/ _____
                                                              Mark S. Davis
                                                              United States District Judge

Norfolk, Virginia

August 12, 2013